AO 455(Rev. 5/85) Waiver of Indictment

FILED
JUL 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

MAURICIO MOLINA-ZENDEJAS

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1388-L

I, MAURICIO MOLINA-ZENDEJAS, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on July 14, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Mauricio Molina
MAURICIO MOLINA-ZENDEJAS
Defendant

[signature]
SARAH M. PELOQUIN
Counsel for Defendant

Before [signature]
JUDICIAL OFFICER